

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00313-CR

**DELINGO HAVEN, JR.,**

                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                **Appellee**

---

**From the 87th District Court**
**Leon County, Texas**
**Trial Court No. 18-0001CR**

---

## MEMORANDUM OPINION

---

On October 13, 2023, Delingo Haven, Jr., filed a *pro se* notice of appeal from the trial court's judgment of conviction. Sentence was imposed in the case on January 13, 2020. Haven's notice of appeal is therefore untimely, and we have no jurisdiction of an untimely appeal. *See* Tex. R. App. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). For the reasons stated, this appeal is dismissed.

Notwithstanding that we are dismissing this appeal, Haven may file a motion for rehearing with this Court within fifteen days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If Haven desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* R. 68.2(a).

MATT JOHNSON
Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Dismissed
Opinion delivered and filed October 19, 2023
Do not publish
[CR25]

